# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kevin Wayne McDaniels,<br>*Plaintiff*<br>v.<br>Chuck Wright *Sheriff for Sptg Co sued in their individual and official capacity*; Tim Tucker *Det for Sptg Sheriff Dept in their individual and official capacity*; Phil Easler *Det for Sptg Sheriff Dept sued in their individual and official capacity*; Barry Joe Barnette *Solicitor for Sptg County sued in their individual and official capacity*; Robert Hall *Public Defender for Sptg County sued in their individual and official capacity*,<br>*Defendants*. | Civil Action No.  7:18-cv-02796-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Kevin Wayne McDaniels, shall take nothing of the defendants, Chuck Wright *Sheriff for Sptg Co sued in their individual and official capacity*; Tim Tucker *Det for Sptg Sheriff Dept in their individual and official capacity*; Phil Easler *Det for Sptg Sheriff Dept sued in their individual and official capacity*; Barry Joe Barnette *Solicitor for Sptg County sued in their individual and official capacity*; Robert Hall *Public Defender for Sptg County sued in their individual and official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   September 25, 2019                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                               s/L. Baker
                                                                                              _____
                                                                                                *Signature of Clerk or Deputy Clerk*